FILED
2010 SEP 16 PM 1:36
US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **03-52146** |
| **JEFFREY PAUL SMITH** | ) | |
| **THERESA MARIE SMITH** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **JEFFREY PAUL SMITH**
   **Check No. 749731**
   **Debtor Refund**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$17.16** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **9/14/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 760867*
*receipt # 81781*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

JEFFREY PAUL SMITH
210 MAJORS LANE
KENT, OH 44240
(Via Regular Mail)

THERESA MARIE SMITH
210 MAJORS LANE
KENT, OH 44240
(Via Regular Mail)

ROBERT M WHITTINGTON (via ECF)

JEFFREY PAUL SMITH
210 MAJORS LANE
KENT, OH 44240
(via Regular Mail)

Date of Service: **9/14/2010**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com